**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Clifton P. GARDNER, Defendant–
Appellant.**

**No. 02–10152.**

**D.C. No. CR–01–00141–HDM.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2002.*

Decided Nov. 22, 2002.

Before REINHARDT, RYMER, and
SILVERMAN, Circuit Judges.

MEMORANDUM **

Clifton P. Gardner appeals pro se his conviction following a bench trial, for not removing unauthorized livestock from national forest land when requested to do so by a forest officer, in violation of 16 U.S.C. § 551 and 36 C.F.R. § 261.7(b). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review issues of law de novo, *United States v. Boyd,* 214 F.3d 1052, 1054 (9th Cir.2000), and we affirm.

Gardner's contention that he was not lawfully summoned lacks merit because Gardner committed a petty offense for which a violation notice is sufficient. *See*

*Boyd,* 214 F.3d at 1057; Fed.R.Crim.P. 58(b)(1); 16 U.S.C. § 551 and 36 C.F.R. § 261.7(b).

Further, Gardner provides no support for his contentions that the district court acted as a legislative court and violated his constitutional rights.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

